**2008–1012.  State v. Clinkscale.**

Franklin App. No. 06AP–1109, 2008-Ohio-1677. Discretionary appeal accepted on Proposition of Law Nos. I and II.

Pfeifer, Lundberg Stratton, and Cupp, JJ., would also accept the appeal on Proposition of Law No. III.

O'Connor and O'Donnell, JJ., dissent.

**2008–1052.  State v. Madaris.**

Hamilton App. No. C–070287, 2008-Ohio-1440 and 2008-Ohio-2470.

Moyer, C.J., would also hold the cause for the decision in 2007–0184, *State v. Brown*, Cuyahoga App. No. 87651, 2006-Ohio-6267.

Lundberg Stratton, J., would also hold the cause for the decision in 2008–0363, *State v. Evans*, Cuyahoga App. No. 89057, 2008-Ohio-139.

Pfeifer, Lanzinger, and Cupp, JJ., dissent.

**2008–1094.  State v. Baker.**

Summit App. No. 23840, 2008-Ohio-1909. Discretionary appeal accepted on Proposition of Law Nos. I, II, and III and cause consolidated with 2008–1304, *State v. Baker*, Summit App. No. 23840, 2008-Ohio-1909.

It is further ordered that briefing in this cause and 2008–1304 shall be consolidated. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. VI and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.

The Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Summit County.

Upon consideration of appellant's motion for appointment of counsel,

It is ordered by the court that the motion is granted. Donald Gallick of Akron, Ohio is appointed counsel for appellant.

Pfeifer, J., would also accept the appeal on Proposition of Law No. IV.

O'Connor, J., would accept the appeal on Proposition of Law No. I only.

O'Donnell and Lanzinger, JJ., dissent.

**2008–1284.  HomEq Servicing Corp. v. Schwamberger.**

Scioto App. No. 07CA3146, 2008-Ohio-2478. Discretionary appeal accepted; cause held for the decision in 2007–0558, *Wilborn v. Bank One Corp.*, Mahoning App. No. 04–MA–182, 2007-Ohio-596; and briefing schedule stayed. Motion to consolidate denied.

Pfeifer, J., dissents.